UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :        INDICTMENT

            -v.-                            :        08 Cr

CHERIFO BODIAN,                             :

                    Defendant.              :

- - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____         │
│ DATE FILED: JUN 2 5 2008         │
└─────────────────────────────────┘
```

**08 CRIM 579**

                    COUNT ONE

The Grand Jury charges:

On or about April 29, 2008, in the Southern District of

New York and elsewhere, CHERIFO BODIAN, the defendant, being an

alien, unlawfully, willfully, and knowingly, did enter and was

found in the United States, after having been deported from the

United States, to wit, on or about April 15, 2005, subsequent to

a conviction for the commission of an aggravated felony, to wit,

a conviction on or about May 4, 1995, in the Southern District of

New York, for conspiracy to commit credit card fraud and credit

card fraud, in violation of Title 18, United States Code,

Sections 371 and 1029(a) and (2), without having obtained the

express consent of the Attorney General of the United States or

his successor, the Secretary for the Department of Homeland

Security, to reapply for admission.

        (Title 8, United States Code, Sections 1326(a) & (b)(2).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHERIFO BODIAN,

Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

6/25/08

Foreperson.

Filed indictment. Case assigned to Judge Daniels.
A/W issued.
SRM
6/25/08

Francis, J.