USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 7 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2008

**SO ORDERED**

*[signature]*
**HON. GEORGE B. DANIELS**

JUL 0 7 2008

By Hand

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:   United States v. Cherifo Bodian, 08 Cr. 579 (GBD)

Dear Judge Daniels:

    This matter was assigned to Your Honor on June 25, 2008, and was referred by Your Honor to the duty Magistrate Judge for arraignment and presentment. The defendant was arraigned and presented on June 26, 2008, and the Government is scheduled to produce discovery by July 3, 2008.

    The Government respectfully requests that an initial pre-trial conference before your Honor be scheduled for July 9, 2008 at 11:00 a.m. Enclosed please find a copy of the indictment for Your Honor's files.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from July 3, 2008 through July 9, 2008. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow defense counsel to review the discovery materials. Defense counsel consents to this request

Hon. George B. Daniels
July 2, 2008
Page 2

for the exclusion of time.  A proposed order is enclosed for the Court's convenience.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By:    _____
                            Edward Y. Kim,
                            Assistant U.S. Attorney
                            (212) 637-2401

Enclosures

cc by fax w/encls.: Peggy Cross, Esq.
                    Attorney for Defendant Cherifo Bodian