UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      v.                                :

CHERIFO BODIAN,                     :

           Defendant.           :

- - - - - - - - - - - - - - - - - x

ORDER

08 Cr. 579 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 07 2008

GEORGE B. DANIELS, District Judge:

    Upon the application of the United States of America, by and through Assistant United States Attorney Edward Y. Kim, and with the consent of the defendant, CHERIFO BODIAN, by and through his counsel, Peggy Cross, Esq., it is hereby ORDERED that the time between July 3, 2008, and July 9, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow counsel for the defendant to review the discovery produced by the Government.

    SO ORDERED.

Dated:   New York, New York
        July   , 2008

                              _____
                              HON. GEORGE B. DANIELS
                              United States District Judge